AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>JASON MICHAEL LEIDEL<br>and SARAH SORG<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    1:22-mj-02965-JMC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____Montgomery_____ in the

_____ District of _____Maryland_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Cyberstalking |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |
| 18 U.S.C. § 1030(a)(2)(C) | Fraud in Relation to Protected Computer |
| 18 U.S.C. § 2261A(2)(B) | Cyberstalking |

This criminal complaint is based on these facts:

See Affidavit attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

_Kevin Kuo_
_Complainant's signature_

Kevin Kuo, Special Agent, FBI
_Printed name and title_

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:    October 17, 2022

_Judge's signature_

City and state:         Baltimore, Maryland

J. Mark Coulson, United States Magistrate Judge
_Printed name and title_