AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br><br>SARAH SORG<br><br>*Defendant* | ) ) ) Case No.  1:22-mj-02965-JMC<br>) ) ) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  SARAH SORG,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy to Commit Cyberstalking)
18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft)
18 U.S.C. § 1030(a)(2)(C) (Fraud in Relation to Protected Computer)
18 U.S.C. § 2261A(2)(B) (Cyberstalking)

Date: October 17, 2022

*Issuing officer's signature*

City and state: Baltimore, Maryland        J. Mark Coulson, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*