✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

1:59 pm, Nov 15 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : CRIMINAL NO. 22-mj-02965 |
| JASON MICHAEL LEIDEL | : |
| | : |
| and | : |
| | : |
| SARAH ELIZABETH SORG, | : |
| | : |
| Defendants. | : |

..ooOOOoo..

## ORDER

The Government's unopposed motion to dismiss all charges in the above-captioned complaint as against Defendant **JASON MICHAEL LEIDEL** is granted. The Government's unopposed motion to amend the dates of the criminal complaint to "between in or about late 2019 to in or about October 2022," and dismissing all charges except Cyberstalking, in violation of 18 U.S.C. §§ 2261A(2)(B) and 2, as against Defendant **SARAH ELIZABETH SORG** is granted.

November 15, 2022
_____
Date

_____
J. Mark Coulson
United States Magistrate Judge



1