✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

1:57 pm, Mar 06 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **CRIMINAL NO. 22-mj-02965** |
| **SARAH ELIZABETH SORG,** : | |
| : | |
| **Defendant.** : | |

..ooOOOoo..

### ORDER

For good cause shown in the Government's unopposed motion to postpone the preliminary hearing in this case, the motion is hereby **GRANTED**. Absent a further extension, the preliminary hearing will be held on May 5, 2023, at a time to be determined by the court.

3/6/23
_____
Date

_____
J. Mark Coulson
United States Magistrate Judge

1