IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | |
| SARAH SORG | * | CASE NO. 22-MJ-02965-JMC-2 |
| | * | |
| | * | |
| Defendant. | * | |

## MOTION TO DISMISS CRIMINAL COMPLAINT

The United States of America, by United States Attorney Erek L. Barron and Assistant United States Attorneys Thomas M. Sullivan and G. A. Massucco-LaTaif, respectfully submits this Motion and Order to **DISMISS** undersigned all counts of the above-captioned complaint. Undersigned counsel has spoken to the defense attorney of record who has no objection. Defendant is not currently in custody.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses without prejudice the complaint filed against Sarah Sorg in the above-captioned case.

                                            Respectfully submitted,

                                            Erek L. Barron
                                            United States Attorney

                                            _____/s/_____
                                            Thomas M. Sullivan
                                            G. A. Massucco-LaTaif
                                            Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____                                _____
Date                                                                   HONORABLE J. MARK COULSON
                                                                    UNITED STATES MAGISTRATE JUDGE